**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-00792

**JANE DOE**

     **Plaintiff,**

  **v.**

**JAMES BRANDON CZEREPUSKO**

     **Defendant.**

---

**Motion for Immediate (Ex Parte) Temporary Restraining Order**

---

Plaintiff Jane Doe, by and through her attorney, Brian A. Murphy, of the Murphy Law Firm, LLC, moves the Court for an immediate temporary restraining order, and in support, states as follows:

1.  This action is brought against Defendant pursuant to 15 USC § 6851 because Defendant was in possession of intimate images of Plaintiff Doe, and he electronically disclosed and distributed those images without the consent of Plaintiff. This is also a violation of Colorado law pursuant to C.R.S. § 13-21-1401, et. Seq.

2.  Plaintiff has instituted the present case due to Defendant's actions, which consist of posting these intimate images on numerous websites and encouraging people to contact Plaintiff.

1

3. Throughout the course of the Parties' relationship and afterwards, Defendant engaged in a campaign of control, abuse, and retaliation. This included monitoring Plaintiff's communications, coercing her into various sexual acts, including through digital means, posting intimate images without her consent, and encouraging others to harass her through social media.

4. Defendant poses a risk to Plaintiff by further exposing her to electronic forms of harassment and retaliation and has shown a willingness to do so through his past actions, including disclosing Plaintiff's identity publicly before the Court has the opportunity to rule on Plaintiff's Motion to proceed using a pseudonym.

5. Defendant will not be harmed in any way by the imposition of this Temporary Restraining Order which will remain in effect only until he has the opportunity to be heard.

6. Conversely, Plaintiff faces a very high risk of irreparable harm should Defendant undertake any of the actions the TRO would prohibit.

3. Pursuant to Rule 65(b)(1), a temporary restraining order can be issued without notice to an adverse party if specific facts in an affidavit or verified complaint clearly show that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition; and the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

4. An affidavit detailing the present issues is attached to this pleading. *See* **Ex. 1**.

2

5. The only way to grant Plaintiff the protection required while she pursues this case is through a restraining order which would prevent Defendant from causing further harm to Plaintiff.

WHEREFORE, the Plaintiff asks this court to grant her the relief requested in the form of an immediate ex parte temporary restraining order barring Defendant James Brandon Czerepusko from disclosing Plaintiff's identity, sharing any additional nude or sexually explicit photographs or videos of Plaintiff, harassing, molesting, intimidating, or retaliating against Plaintiff. Furthermore, Defendant shall not post any further intimate images of Plaintiff or encourage others to contact her.

s/ Brian A. Murphy_____
Brian A. Murphy
The Murphy Law Firm, LLC
11859 Pecos St., Suite 110
Westminster, CO 80234
Phone: 303-536-7000
Fax: 303-320-0827
brian@brianmurphy.net
Attorney for Plaintiff Jane Doe

3